# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Najera,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, a Georgia corporation, et al.,<br><br>　　　　　　Defendant. | No. CV16-1897 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled, as to Wells Fargo Bank NA. Doc. 33.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice, as to Wells Fargo Bank NA, within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated, as to Wells Fargo Bank NA.

3. All pending motions are found to be moot, as to Wells Fargo Bank NA.

4. The Clerk is directed to **terminate** this matter on **January 27, 2017** without further leave of Court, as to Wells Fargo Bank NA.

Dated this 27th day of December, 2016.

_____
David G. Campbell
United States District Judge